IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:05-CR-426-TWT |
| KIJUAN EZEKIAL STINSON, | |
| Defendant. | |

ORDER AND ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 12]. For the reasons stated by the Magistrate Judge, the ATF agents had probable cause to arrest the Defendant, the search warrant described the items to be seized with reasonable particularity, and there was no violation of the Fourth Amendment by beginning the search before the agent arrived at the apartment with the warrant. After careful consideration of the Defendant's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 12] is DENIED.

SO ORDERED, this 20 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge